In the Matter of GERARD WUTTKE, Respondent, against CORNELIUS O'CONNOR, as Manager of the Building Department of the Town of North Hempstead, Nassau County, Appellant.

Submitted April 6, 1953; decided April 16, 1953.

*James L. Dowsey, Jr., Deputy Town Attorney (Bertram B. Daiker* of counsel), for motion.

*Louis G. Hart, Jr.,* opposed.

Motion denied upon the ground that an appeal lies as of right.